UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Charles M. Izzo, Attorney CI-4691
116 North 2nd Street - suite 204
Camden, NJ 08102
856-757-0550
Attorney for _Debtor_

In Re:

Andres Cruz
Gladys E. Cruz, Co-Debtor
554 North 35th Street
Camden, NJ 08105

Case No.: 19-27017

Judge: ABA

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. [X] Motion for Relief from the Automatic Stay filed by __Toyota__, creditor.

   A hearing has been scheduled for __1-24-23__, at __10:00__.

   [ ] Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   [ ] Certification of Default filed by _____.

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   [X] Payments have been made in the amount of $ __1,987.00__, but have not been accounted for. Documentation in support is attached.

$697 on 12/22/22
$697 on 12/28/22
$593 on 1/4/23

*Spoke to Toyota Bankruptcy Dept they said they would forward you my payment History.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

☒ Other (explain your answer)
As of 1/4/23 all payments have been made.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 1/10/23

Debtor's Signature

Date: _____

Debtor's Signature

NOTES:

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev 8/1/15